# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS                                                    CASE NO.  3:98-CR-52-001/LAC

CALVIN ALLEN

## FINANCIAL REFERRAL AND ORDER

Regarding refund of funds for: _X_ AFine, ___ Restitution, ___ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee, ___ Bond, ___ Other (Specify) _____

By: _____ Calvin Allen #04383-017 __ (Payee)
Address:   USP Pollock
           PO Box 2099
           Pollock, LA 71467

Receipt Number  _B060909DFLN398CR000052_

Date of Receipt  _7/10/09_

Motion: N/A

Explanation: Calvin Allen's $250.00 fine was paid on 3/16/09.  The Clerk's office received $29.03 on the June 2009 Bureau of Prisons (BOP) reports. According to the court dockets and financial records, Mr. Allen does not owe any additional money.  Requesting authorization to refund the $29.03 overpayment and any other payments we may receive from the BOP for this case.  There may be a timing difference on the BOP stopping payments for this account.

WILLIAM M. McCOOL, Clerk of Court

Prepared by:   _s/Philip Detweiler_____
               Philip Detweiler, Financial Specialist         Date:  July 24, 2009

Referred by: _____,Deputy Clerk_____

## ORDER OF COURT

It is ORDERED this 24th day of July, 2009, that the Clerk refund the identified funds to the payee.

APPROVED_____X_____

DENIED_____          _____s/L.A. Collier_____

                                         LACEY A. COLLIER
                                  SENIOR UNITED STATES DISTRICT JUDGE